```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    INDICTMENT

         -v.-                           07 CRIM 1218

JUAN CARLOS ORTIZ,
     a/k/a "Jose Luis Ortiz",
                                   :
              Defendant.
                                   :
- - - - - - - - - - - - - - - - - x
```

## COUNT ONE

The Grand Jury charges:

1. On or about August 22, 2006, in the Southern District of New York, JUAN CARLOS ORTIZ, a/k/a "Jose Luis Ortiz", the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, ORTIZ submitted an application for a United States passport in which he used a false name, date of birth and social security number.

(Title 18, United States Code, Section 1542.)

## COUNT TWO

The Grand Jury further charges:

2. On or about August 22, 2006, in the Southern District of New York and elsewhere, JUAN CARLOS ORTIZ, a/k/a "Jose Luis Ortiz"" the defendant, unlawfully, willingly, and knowingly did transfer, possess, and use, without lawful authority, a means

identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c)(7), to wit, ORTIZ used the name, social security number, and date of birth of another person to commit passport fraud as charged in Count One of this Indictment.

(Title 18, United States Code, Section 1028A.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN CARLOS ORTIZ,
a/k/a "Jose Luis Ortiz,"

Defendant.

### INDICTMENT

07 Cr.

(18 U.S.C. §§ 1542, 1028A)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

Post 11-1-87
12/21/07 Filed Ind.
Ellis J.