# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director

APR 29 2008

Southern District of New York
John J. Byrnes
Attorney-in-Charge

By Hand Delivery

April 29, 2008

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   United States v. Juan Ortiz
      07 Cr. 1218

Dear Judge Berman:

   I write on behalf of my client, Juan Ortiz, to request a brief adjournment of his status conference, currently scheduled for May 1, 2008. I have spoken to counsel for the Government who does not oppose my request for an adjournment.

   I make this request as I have an oral argument in the United States Court of Appeals for the Sixth Circuit scheduled for the same day. In addition, the parties have begun settlement negotiations in this case, and the additional time will allow that process to continue.

   The parties are available at any time between May 6-8, 2008 to appear in this Court for the status conference. Further, Mr. Ortiz consents to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

Hugh T. Mundy
Attorney for Juan Ortiz
212-417-8731

cc: Natalie Lamarque, AUSA via facsimile 212-637-2527

**[Handwritten endorsement:]**
Conference is adjourned to 5-6-08 at 3:00 p.m.. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 4-30-08
Richard M. Berman, U.S.D.J.

4/30/08