# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

**MEMO ENDORSED**

Southern District of New York
John J. Byrnes
Attorney-in-Charge

By Hand Delivery

June 6, 2008

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   **United States v. Juan Ortiz**
      **07 Cr. 1218**

Dear Judge Berman:

    I write to request a brief adjournment of the status conference concerning Juan Ortiz, currently scheduled for June 10, 2008 at 9:30 a.m. I have spoken to Assistant United States Attorney Natalie Lamarque, who consents to this request.

    I make this request because there has been a change in counsel. I am taking over the case from Mr. Hugh Mundy, who has left our office, and would like time to meet with Mr. Ortiz and familiarize myself with his file. In addition, as I discussed with Ms. Lamarque, I am hopeful that after meeting with Mr. Ortiz we will enter into plea discussions with the government.

    After a conversation with Ms. Murray, Mr. Ortiz's conference was tentatively re-scheduled for June 16, 2008 at 4:00 p.m., pending the approval of this request. Ms. Lamarque has informed me, however, that she will be away between June 16 and June 26, 2008. Accordingly, I request that Mr. Ortiz's status conference be adjourned until after June 26, 2008.

    Mr. Ortiz consents to the exclusion of time under the Speedy Trial Act.



The Honorable Richard M. Berman  Page Two
June 6, 2008

    Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      Martin S. Cohen
                                      Attorney for Juan Ortiz
                                      212-417-8737

cc:    Natalie Lamarque, AUSA via facsimile 212-637-2527

---

Conference is adjourned to 7-8-08 at 3:00 p.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 6-9-08

Richard M. Berman, U.S.D.J.