UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

**United States of America,**                  :   **NOTICE OF APPEARANCE**
                                                   **AND REQUEST FOR**
                                               :   **ELECTRONIC NOTIFICATION**

    - v -
                                               :   07 - Cr.- 1218 (RMB)

**Juan Ortiz**
                                               :

------------------------------------x

To:  Clerk of Court
     United States District Court
     Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a filing user to whom Notices of Electronic Filing will be transmitted.

                            Respectfully Submitted,

                            **Martin S. Cohen**
                            Assistant Federal Defender
                            52 Duane Street
                            New York, N.Y. 10007
                            (212) 417-8737
                            Martin_Cohen@fd.org

TO:  Attorneys of Record