# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



By Hand Delivery

August 19, 2008

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Juan Ortiz,**
              **07 Cr. 1218**

Dear Judge Berman:

I represent Mr. Ortiz in the above-captioned case, and write to request an adjournment of the status conference currently scheduled for August 20, 2008 at 3:30 p.m. The reason for the request is that Mr. Ortiz is going to plead guilty, and the Government and I are in the process of scheduling the plea with the Magistrate's Court. I have also notified Ms. Murray, and an appearance for the acceptance of Mr. Ortiz's plea is being scheduled. Accordingly, I request that Mr. Ortiz's status conference be adjourned. Mr. Ortiz consents to the exclusion of time under the Speedy Trial Act.

Thank you for your consideration of this request.

Respectfully submitted,

Martin S. Cohen
Attorney for Juan Ortiz
212-417-8737

cc:   Natalie Lamarque, AUSA via facsimile 212-637-2527

> Conference is adjourned to 9-4-08 at 11:00 a.m. Guilty plea, if any, is referred to Magistrate Judge. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
> SO ORDERED:
> Date: 8-19-08
> Richard M. Berman, U.S.D.J.