**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,



**ORDER**

             -against-                                                07 **CR.** 1218 (RMB)

JUAN CARLOS ORTIZ,

             Defendant.
-----------------------------------------------------------X

    WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on August 27, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

    IT IS HEREBY ORDERED that JUAN CARLOS ORTIZ's guilty plea is accepted.

Dated: New York, New York
       September 4, 2008

                                                          **RICHARD M. BERMAN, U.S.D.J.**