◈ PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. Juan Ortiz            Docket No. 07 CR ~~0128~~ 1218 (RMB)

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lisa Chan PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Juan Ortiz who was placed under pretrial release supervision by the Honorable Andrew J. Peck sitting in the court at SDNY, on the 26 day March 2008 under the following conditions:

A $50,000 personal recognizance bond, cosigned by one financially responsible person by March 27, 2008, strict PSA supervision, surrender travel documents, no new applications, travel restricted to SD/EDNY. The defendant is to participate in the project hire program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been compliant while on supervision. He also obtained employment since his release. Pretrial Services requests that the defendant's bail be modified to routine supervision. PSO spoke with Assistant U.S. Attorney, Natalie Lamarque and defense counsel, Martin Cohen ~~and they do not object to this~~ request.

The defendant pled guilty on August 27, 2008 and sentencing is set for December 9, 2008.

**PRAYING THAT THE COURT WILL ORDER**

the defendant's release conditions be modified to reduce PSA supervision from strict to routine.

ORDER OF COURT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _September 4, 2008_

Considered and ordered _4th_ day of _Sept_, 2008 and ordered filed and made a part of the records in the above case.

_/s/ RMB_
U.S. District Judge Richard M. Berman

_/s/ Lisa Chan_
U.S. Pretrial Services Officer

Place    233 Broadway, NY, NY 10007

Place: SDNY, NY
Date: September 4, 2008

[Stamps: RECEIVED SEP 0 4 2008 RICHARD M. BERMAN U.S.D.J.; USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 9/4/08]